# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2019

*The Court of Appeals hereby passes the following order:*

**A19I0292. WILLIAM BOYCE CLEARY v. THE STATE.**

William Boyce Cleary filed a pro se demand for speedy trial. Because Cleary is represented below, the trial court struck his pro se pleading. Cleary has filed a pro se application for interlocutory appeal from this ruling.[1]

"A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect." *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014) (citations and punctuation omitted). When a criminal defendant submits a pro se filing while still represented by counsel, the filing is a legal nullity and will be dismissed by an appellate court. *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017). Accordingly, the application is hereby DISMISSED.[2]

---

[1] Cleary filed his application in the Supreme Court, which transferred the matter to this Court.

[2] We also note that Cleary's failure to comply with the interlocutory appeal procedure in OCGA § 5-6-34 (b) deprives this Court of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,__08/12/2019_____*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*